**Opinion issued December 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00429-CV

———————————

## MARYLIN J. TAYLOR, Appellant

## V.

## STEVEN PHUONG DUONG, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2020-09342**

---

## MEMORANDUM OPINION

Appellant, Marylin J. Taylor, has filed a motion to dismiss this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). And, although the motion does not include a certificate of

conference, more than ten days have passed and no party has opposed appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.